**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Clifton Lashawn FRAZIER,**
**Defendant–Appellant.**

**No. 13–15127**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 19, 2014.

Adam W. Overstreet, Kenyen Ray Brown, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Kristen Gartman Rogers, Fred William Tiemann, Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Clifton Lashawn Frazier in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Frazier has filed a *pro se* response. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the judgment revoking Frazier's supervised release and his resulting sentence are **AFFIRMED.**